## CALHOUN *v.* CALHOUN.

LEWIS, J. After a verdict has been approved by the trial judge, this court will not set it aside on the ground that it was contrary to the evidence, when the record discloses that there was sufficient testimony to support the jury's finding; and this is so even though apparently a finding to the contrary would have been better supported.
*Judgment affirmed. All the Justices concurring.*

Argued November 9, — Decided December 7, 1899.

Dispossessory warrant.   Before Judge Smith.   Wilcox superior court.   September term, 1898.

*Cutts & Lawson* and *J. H. Martin,* for plaintiff.
*Bankston & Cannon,* for defendant.

---

## PINKSTON *v.* HARRELL *et al.*

LITTLE, J. The verdict is sustained by the evidence, and the court committed no error in refusing to grant a new trial.
*Judgment affirmed. All the Justices concurring.*

Argued November 2, — Decided December 8, 1899.

Equitable petition.   Before Judge Sheffield.   Quitman superior court.   March term, 1899.

*Hickey & Fort,* for plaintiff.   *W. C. Worrill,* for defendants.